IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
ROBERT GIACCHINA,              )
                               )
              Petitioner,      )
V.                             )   Criminal No. 1:03cr114
                               )   Civil Action No. 1:05cv65
UNITED STATES OF AMERICA,      )
                               )
              Respondent.      )
_____ )
```

**ORDER**

On February 3, 2005 the Court ordered the Government to respond to the Petitioner's motion pursuant to 28 U.S.C. § 2255 within 23 days and the response due on February 28, 2005. To date no response has been filed. It is hereby

ORDERED that a response as ordered be filed within 10 days from the date of this order.

/s/
_____
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 8    , 2005